# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| (1) ELK CITY GOLF AND COUNTRY CLUB,<br><br>             Plaintiff,<br><br>v.<br><br>(1) PHILADELPHIA INDEMNITY INSURANCE COMPANY,<br><br>             Defendant. | Case No. 18-CV-00196-D |

## STIPULATION OF DISMISSAL WITH PREJUDICE

**COME NOW** Elk City Golf And Country Club, Plaintiff herein, and Philadelphia Indemnity Insurance Company, Defendant herein, and pursuant to Rule 41(a)(1)(A)(ii) do herein stipulate to the dismissal of the above-styled and numbered cause, and all claims asserted therein, with prejudice to the refiling thereof, and with each party to bear its own attorney fees and costs.

Respectfully submitted,

*s/ Phil R. Richards*
Phil R. Richards, OBA #10457
Grant A. Fitz, OBA #19806
RICHARDS & CONNOR
12th Floor, ParkCentre Bldg.
525 S. Main Street
Tulsa, Oklahoma 74103
Telephone:  918/585.2394
Facsimile:  918/585.1449
Email: prichards@richardsconnor.com
       gfitz@richardsconnor.com
**ATTORNEYS FOR DEFENDANT PHILADELPHIA INDEMNITY INSURANCE COMPANY**

**- AND -**

/s/ *Steven D. Mansell*
*(signed by filing attorney with permission of attorney for Plaintiff)*
Steven S. Mansell, OBA #10584
Mark A. Engel, OBA #10796
Kenneth G. Cole, OBA #11792
M. Adam Engel, OBA #32384
MANSELL ENGEL & COLE
204 North Robinson Avenue, 21st Floor
Oklahoma City, Oklahoma  73102-7001
Telephone:  405/232.4100
Facsimile:  405/232.4140
Email: mec@meclaw.net

**ATTORNEYS FOR PLAINTIFF ELK CITY GOLF AND COUNTRY CLUB**